UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARBARA FLITTER

VERSUS

WALMART STORES, INC. AND DAVID SPENCE

CIVIL ACTION

NUMBER 09-236-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that plaintiff's motion to remand[1] shall be GRANTED, and this matter shall be remanded to the 21st Judicial District Court, Parish of Livingston, State of Louisiana.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 15, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 4.

Doc#46205

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARBARA FLITTER

VERSUS

WALMART STORES, INC. AND DAVID SPENCE

CIVIL ACTION

NUMBER 09-236-FJP-DLD

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, GRANTING the Motion to Remand filed by plaintiff and REMANDING this suit to the 21st Judicial District Court, Parish of Livingston, State of Louisiana.

Baton Rouge, Louisiana, July 15, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46205